UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:22-cv-81657-RAR

JOAN TANOFSKY, and all others similarly
situated pursuant to 29 U.S.C. 216(b),

    Plaintiff(s),
v.

AMERICAN PROTECTION PLANS,
LLC d/b/a AMERICAN RESIDENTIAL
WARRANTY,

    Defendant.
_____/

## JOINT NOTICE OF COLLECTIVE SETTLEMENT

Plaintiff, JOAN TANOFSKY, and Defendant, AMERICAN PROTECTION PLANS LLC d/b/a AMERICAN RESIDENTIAL WARRANTY, by and though undersigned counsel, hereby notify the Court that the Parties have fully resolved all claims set forth within Plaintiff's operative Collective Action Complaint for Damages and Demand for Jury Trial. The FLSA claims in this case have been settled on a collective-wide basis. Within ten (10) days from the filing of this notice, the Parties agree to file a *Joint* Motion for Court Approval of Collective Settlement, and supporting documentation, for the Court's review.

**Date: May 26, 2023**

<div style="display: flex;">
<div>

Respectfully Submitted,

**USA EMPLOYMENT LAWYERS – JORDAN RICHARDS PLLC**
1800 SE 10th Ave. Suite 205
Fort Lauderdale, Florida 33316
(954) 871-0050
*Counsel for Plaintiffs*

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQ.
Florida Bar No. 108372
jordan@jordanrichardspllc.com

</div>
<div>

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
2 South Biscayne Blvd. 21st Floor
Miami, Florida 33131
*Counsel for Defendant*

By: */s/ Justin Kaplan*
JUSTIN B. KAPLAN, ESQ.
Florida Bar No. 33725
justin.kaplan@nelsonmullins.com

</div>
</div>

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 26th day of May 2023.

By: */s/ Jordan Richards, Esquire*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

**SERVICE LIST:**

**JUSTIN B. KAPLAN, ESQ.**
Florida Bar No. 33725
NELSON MULLINS
RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd. 21st Floor
Miami, Florida 33131
*Counsel for Defendant*